RICHARD D. LAUER *v.* PLANNING COMMISSION
OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 12721) is denied.

*Nancy Burton,* in support of the petition.

*Ward J. Mazzucco,* in opposition.

Decided January 7, 1994

STATE OF CONNECTICUT *v.* STEPHEN KRIJGER

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 49 (AC 11855), is denied.

*Stephen Krijger,* pro se, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 7, 1994

STATE OF CONNECTICUT *v.* SHARON MOBLEY

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 103 (AC 11754), is denied.

*Shawn G. Tiernan,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided January 7, 1994

CHESTER J. LATER ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF CROMWELL ET AL.

The petition of the plaintiffs Chester J. Later and John J. Zazzaro, Jr., for certification for appeal from